**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED
*December 03, 2020*
David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> V. § <br> § <br> § <br> § <br> ABDULRAHMAN MOHAMMED HAFEDH § <br> ALQAYSI § | CRIMINAL NO.: **4:20-cr-641**_____ |

## INDICTMENT

**THE GRAND JURY CHARGES THAT**:

### COUNT ONE

**(False Statement in Naturalization Application)**

On or about January 14, 2016 in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **defendant**,

**ABDULRAHMAN MOHAMMED HAFEDH ALQAYSI**

did knowingly make a false statement under oath, in a case, proceeding and matter relating to, under, and by virtue of a law of the United States relating to naturalization, citizenship or registry of aliens, to wit: in Part 11, on page thirteen of his Form N-400, Application for Naturalization, defendant **ABDULRAHMAN MOHAMMED HAFEDH ALQAYSI** falsely answered "No" when asked if he had "ever been a member of, or in any way associated (*either directly* or *indirectly*) with . . . A terrorist organization."

In violation of Title 18, United States Code, Sections 1015(a) and 2.

1

## COUNT TWO

### (False Statement in Naturalization Application)

On or about January 14, 2016 in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **defendant**,

**ABDULRAHMAN MOHAMMED HAFEDH ALQAYSI**

did knowingly make a false statement under oath, in a case, proceeding and matter relating to, under, and by virtue of a law of the United States relating to naturalization, citizenship or registry of aliens, to wit: in Part 11, on page fifteen of his Form N-400, Application for Naturalization, defendant **ABDULRAHMAN MOHAMMED HAFEDH ALQAYSI** falsely answered "No" when asked if he were "**ever** a part of any group, or did [he] ever help any group, unit, or organization that used a weapon against any person, or threatened to do so."

In violation of Title 18, United States Code, Sections 1015(a) and 2.

# COUNT THREE

## (False Statement in Naturalization Application)

On or about January 14, 2016 in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **defendant**,

**ABDULRAHMAN MOHAMMED HAFEDH ALQAYSI**

did knowingly make a false statement under oath, in a case, proceeding and matter relating to, under, and by virtue of a law of the United States relating to naturalization, citizenship or registry of aliens, to wit: in Part 11, on page fifteen of his Form N-400, Application for Naturalization, defendant **ABDULRAHMAN MOHAMMED HAFEDH ALQAYSI** falsely answered "No" when asked if he "**ever** committed, assisted in committing, or attempted to commit, a crime or offense for which you were **not** arrested."

In violation of Title 18, United States Code, Sections 1015(a) and 2.

                                             A TRUE BILL

                                               Original Signature on file

                                            _____
                                            FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
United States Attorney
Southern District of Texas


By: _____
      ALAMDAR S. HAMDANI
      Assistant United States Attorney