United States District Court
Southern District of Texas
**ENTERED**
March 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| VS. | § CRIMINAL ACTION NO. 4:20-CR-00641 |
| | § |
| ABDULRAHMAN MOHAMMED HAFEDH ALQAYSI, | § |
| | § |
| Defendants. | § |

Order for Presentence Investigation and
Disclosure & Sentencing Dates

The defendant having been found guilty on count 9S, a presentence report is ordered.

1. By **MAY 5, 2025**, the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By **MAY 19, 2025**, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By **JUNE 2, 2025**, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for **JUNE 5, 2025, AT 9:00 AM** (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. The defendant must go immediately—with a copy of this order—to:
United States Probation Department
Room 2301, 515 Rusk Avenue,
Houston
Telephone: (713) 250-5266

If you receive this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed 3/7/25

Alfred H. Bennett
United States District Judge