IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO.  H-20-641 |
| ABDULRAHMAN MOHAMMED HAFEDH ALQAYSI | § § § § | |

## GOVERNMENT'S MOTION TO DISMISS
## COUNTS OF THE SECOND SUPERSEDING INDICTMENT

On April 26, 2022, the Defendant was charged with six counts in a Second Superseding Indictment in the above-captioned proceeding in the United States District Court for the Southern District of Texas. On March 7, 2025, the defendant entered a plea of guilty to Count Nine of the Second Superseding Indictment. The Government hereby moves to dismiss Counts One, Two, Three, Four and Five of the Second Superseding Indictment as to Abdulrahman Mohammed Hafedh Alqasi in the above entitled matter.

Respectfully submitted,

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

By:   _/s/ Heather Winter_
Heather Winter
Assistant United States Attorney
Federal Bar No. 938852
Texas Bar No. 24050074
1000 Louisiana St., Suite 2300
Houston, TX 77002
Phone: 713-567-9000
Fax:     713-718-3301